**UNITED STATES of America**

v.

**Joseph P. SCHIAFFINO, Appellant.**

No. 07–3329.

United States Court of Appeals,
Third Circuit.

July 2, 2008.

Thomas J. Clark, Esq., Laurie Snyder, Esq., Tax Division, Washington, DC, for United States of America.

Joseph P. Schiaffino, Perkasie, PA, pro se.

Present: AMBRO, FUENTES, and FISHER, Circuit Judges.

### ORDER

THOMAS L. AMBRO, Circuit Judge.

The petition for panel rehearing filed by Appellee in the above entitled case, having been submitted to the judges who participated in the decision of this Court, is hereby GRANTED. The non-precedential opinion filed April 22, 2008 is hereby VA-CATED. A subsequent opinion will be issued.